UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORCESTER, SS. | SUPERIOR COURT<br>CIVIL ACTION<br>NO. 3:20-CV-11053 |
| CYNTHIA FAREED AND JAMES MASELAN, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF JASER AL-RAKAH, CYNTHIA FAREED AND JAMES MASELAN, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF THEEB AL-YAMI, ANNA SEPANEK, INDIVIDUALLY, TYLER SAN JURJO, PPA ANNA SEPANEK, ISABELLA SAN JURJO, PPA ANNA SEPANEK, JENNIFER GALLUCCI, INDIVIDUALLY, BRAYDEN GALLUCCI PPA JENNIFER GALLUCCI, and SOFIA GALLUCCI PPA JENNIFER GALLUCCI,,<br>       Plaintiff,<br>V.<br>CENTRAL RIVERS POWER MA, LLC, WARE RIVER POWER, INC., and JOHN DOE #1,<br>       Defendants. | |

## PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR SOME OF THE PLAINTIFFS

NOW COMES Attorney Andrew C. Meyer, of the law firm of Lubin & Meyer, P.C., counsel for the plaintiffs in the above-captioned matter and hereby requests the Court's allowance of his withdrawal as counsel of record for Anna Sepanek, Individually, Tyler San Jurjo, PPA Anna Sepanek, Isabella San Jurjo, PPA Anna Sepanek, Jennifer Gallucci, Individually, Brayden Gallucci PPA Jennifer Gallucci, and Sofia Gallucci PPA Jennifer Gallucci.

AS SUPPORT for this motion, the plaintiffs' counsel refers the Court to the Status Report of William J. Thompson filed on March 13, 2023. The plaintiffs, Anna Sepanek, Individually, Tyler San Jurjo, PPA Anna Sepanek, Isabella San Jurjo, PPA Anna Sepanek, Jennifer Gallucci, Individually, Brayden Gallucci PPA Jennifer Gallucci, and Sofia Gallucci PPA Jennifer Gallucci, have terminated their attorney/client relationship with Lubin & Meyer, P.C., and all of its attorneys,

and have sought out successor counsel. Their efforts to secure successor counsel have advanced to the stage where potential successor counsel appeared and participated in the Zoom Status Conference held by this Court on March 15, 2023. Regardless of whether the Sepanek and Gallucci plaintiffs eventually retain new counsel, the attorneys of record from Lubin & Meyer, P.C. now seek to withdraw given the express termination of the attorney/client relationship by the Sepanek and Gallucci plaintiffs.

Lubin & Meyer, P.C, will remain as counsel for the two estates.

WHEREFORE, Andrew C. Meyer, of the law firm of Lubin & Meyer, P.C., respectfully requests that this Honorable Court allow his motion to withdraw as counsel for Anna Sepanek, Individually, Tyler San Jurjo, PPA Anna Sepanek, Isabella San Jurjo, PPA Anna Sepanek, Jennifer Gallucci, Individually, Brayden Gallucci PPA Jennifer Gallucci, and Sofia Gallucci PPA Jennifer Gallucci.

Respectfully submitted,

Dated: March 23, 2023

/s/ Andrew C. Meyer, Jr.
ANDREW C. MEYER, JR., BBO# 344300
LUBIN & MEYER, P.C.
100 City Hall Plaza
Boston, MA 02111
(617) 720-4447

**LOCAL RULE 7.1 CERTIFICATION**

During the Zoom Status Hearing held March 15, 2023, the Court instructed counsel to file this motion with the Court. Since all relevant parties and counsel were present, and there being no objection raised to counsel's withdrawal, certification pursuant to Local Rule 7.1 is inapplicable as there is no dispute and thus no need for any good faith attempt to resolve or narrow any issue.

*/s/ Andrew C. Meyer, Jr.*
Andrew C. Meyer, Jr.

**CERTIFICATE OF SERVICE**

I, Andrew C. Meyer, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and via electronic mail to those indicated as non-registered participants.

Gareth W. Notis, Esq.
Kathleen A. Federico, Esq.
Morrison Mahoney
250 Summer Street
Boston, MA 02210
gnotis@morrisonmahoney.com
kfederico@morrisonmahoney.com

Alexandra R. Power, Esq.
Ethan C. Ryder, Esq.
Hamel, Marcin, Dunn, Reardon & Shea, P.C.
350 Lincoln Street, Suite 1101
Hingham, MA 02043
apower@hmdrslaw.com
eryder@hmdrslaw.com

Anna Sepanek
sepaneka@yahoo.com

Jennifer Gallucci
javarner0001@student.stcc.edu

*/s/ Andrew C. Meyer, Jr.*
Andrew C. Meyer, Jr.

Dated: March 23, 2023