UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FAREED AND JAMES MASELAN, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF JASER AL-RAKAH, CYNTHIA FAREED AND JAMES MASELAN, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF THEEB AL-YAMI, ANNA SEPANEK, INDIVIDUALLY, TYLER SAN JURJO, PPA ANNA SEPANEK, ISABELLA SAN JURJO, PPA ANNA SEPANEK, JENNIFER GALLUCCI, INDIVIDUALLY, BRAYDEN GALLUCCI PPA JENNIFER GALLUCCI, and SOFIA GALLUCCI PPA JENNIFER GALLUCCI,<br>Plaintiffs,<br>v.<br>CENTRAL RIVERS POWER MA, LLC, WARE RIVER POWER, INC., and JOHN DOE #1,<br>Defendants. | DOCKET NO: 3:20-CV-11053 |

## **STIPULATION OF DISMISSAL**

NOW COMES the plaintiffs, Cynthia Fareed and James Maselan, Co-Personal Representatives Of The Estate Of Jaser Al-Rakah, Cynthia Fareed and James Maselan, Co-Personal Representatives Of The Estate Of Theeb Al-Yami, and the defendants, in the above-captioned matter, through their respective attorneys, pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), and hereby stipulate that the within discovery action be dismissed without prejudice as to defendants, Central Rivers Power MA, LLC, Ware River Power, Inc., and John Doe #1, without costs to any party.

|  | Respectfully submitted, |
|---|---|
|  | **THE PLAINTIFFS**, Cynthia Fareed and James Maselan, Co-Personal Representatives Of The Estate Of Jaser Al-Rakah, Cynthia Fareed and James Maselan, Co-Personal Representatives Of The Estate Of Theeb Al-Yami,<br>By their attorneys,<br><br>/s/William J. Thompson_____<br>William J. Thompson, BBO # 559275<br>LUBIN & MEYER, P.C.<br>100 City Hall Plaza<br>Boston, Massachusetts 02108<br>(617) 720-4447<br>bthompson@lubinandmeyer.com<br><br><br>The Defendant,<br>**WARE RIVER POWER, INC.,**<br>By its attorneys,<br><br>/s/Alexandra R. Power_____<br>Alexandra R. Power, BBO: #646877<br>Ethan C. Ryder, BBO: #692291<br>Hamel Marcin Dunn Reardon & Shea, PC 350 Lincoln Street, Suite 1101<br>Hingham, Massachusetts 02043<br>Telephone: (617) 482-0007<br>apower@hmdrslaw.com<br>eryder@hmdrslaw.com<br><br>The Defendant,<br>**CENTRAL RIVERS POWER MA, LLC,**<br>By its attorneys,<br><br>/s/Gareth W. Notis_____<br>Gareth W. Notis, BBO: #637814<br>Kathleen A. Federico, BBO: #682722<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, Massachusetts 02210<br>Telephone: (617) 439-7500<br>gnotis@morrisonmahoney.com |
| Dated: April 10, 2023 | kfederico@morrisonmahoney.com |

## **CERTIFICATE OF SERVICE**

      I, William J. Thompson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 10, 2023.

                                              */s/William J. Thompson*

                                              William J. Thompson