UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA FAREED AND JAMES MASELAN, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF JASER AL-RAKAH, CYNTHIA FAREED AND JAMES MASELAN, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF THEEB AL-YAMI, ANNA SEPANEK, INDIVIDUALLY, TYLER SAN JURJO, PPA ANNA SEPANEK, ISABELLA SAN JURJO, PPA ANNA SEPANEK, JENNIFER GALLUCCI, INDIVIDUALLY, BRAYDEN GALLUCCI, PPA JENNIFER GALLUCCI, AND SOFIA GALLUCCI, PPA JENNIFER GALLUCCI, Plaintiffs, v. CENTRAL RIVERS POWER MA, LLC, WARE RIVER POWER, INC., AND JOHN DOE #1, Defendants. | C.A. NO.: 3:20-CV-11053-MGM |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of the Plaintiffs, Anna Sepanek, Individually, Tyler San Jurjo, PPA Anna Sepanek, Isabella San Jurjo, PPA Anna Sepanek, Jennifer Gallucci, Individually, Brayden Gallucci, PPA Jennifer Galluci, and Sofia Gallucci, PPA Jennifer Gallucci in the above-captioned matter.

Respectfully submitted,
By Plaintiffs' attorneys,

*/s/ Michaela M. Weaver*
Michaela M. Weaver, BBO# 705985
Keches Law Group, P.C.
2 Granite Ave, Suite 400
Milton, MA 02186
(508) 821-4383
mweaver@kecheslaw.com

Dated: April 24, 2023

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing document filed electronically via CM/ECF on April 24, 2023, was served electronically upon all registered participants, as identified on the Notice of Electronic Filing (NEF) system.

                                                       **/s/ Michaela M. Weaver**
                                                       Michaela M. Weaver, Esq.

Dated: April 24, 2023