UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CYNTHIA FAREED AND JAMES MASELAN, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF JASER AL-RAKAH, CYNTHIA FAREED AND JAMES MASELAN, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF THEEB AL-YAM', ANNA SEPANEK, INDIVIDUALLY, TYLER SAN JURJO, PPA ANNA SEPANEK, ISABELLA SAN JURJO, PPA ANNA SEPANEK, JENNIFER GALLUCCI, INDIVIDUALLY, BRAYDEN GALLUCCI PPA JENNIFER GALLUCCI, and SOFIA GALLUCCI PPA JENNIFER GALLUCCI, ,

Plaintiff,

v.

CENTRAL RIVERS POWER MA, LLC, WARE RIVER POWER, INC., and JOHN DOE #1,

Defendants.

C.A. NO. 3:20-CV-11053

**DEFENDANTS WARE RIVER POWER, INC. AND CENTRAL RIVERS POWER MA, LLC'S JOINT OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEY DAVID CASS AND DR. YOLANDA OLAYA TO BE ALLOWED TO TESTIFY REMOTELY AT THE HEARING ON DEFENDANTS' MOTION TO APPROVE MINOR SETTLEMENTS**

The defendants, Ware River Power, Inc. ("Ware River") and Central Rivers Power MA, LLC ("CRP") (collectively also, "defendants"), oppose plaintiffs' Motion for Attorney David Cass and Dr. Yolanda Olaya to testify remotely via Zoom at the hearing currently scheduled for December 20, 2023. In support of their Opposition, defendants state as follows:

1. Pursuant to the Court's Order, dated September 5, 2023, this is an "**in person only**" evidentiary hearing in which "plaintiff bears the burden of production regarding their position concerning defendants' pending Motion to Approve the Minor Settlements." See Docket No. 154 & 155.

2. In support of plaintiffs' Opposition to defendants' Motion to Approve the Minor Settlements, plaintiffs intend to introduce the testimony of Attorney David Cass and Dr. Olaya.

3. Specifically, Dr. Olaya is expected to testify that all four minor plaintiff's suffered severe and emotional distress as a result of the incident.

4. Attorney David Cass is expected to provide testimony as to the reasonableness of the minor settlements.

5. Plaintiffs' counsel has known about this **in person** evidentiary hearing for **over three months** in which it bears the burden to produce evidence in support of their position that the minor settlements were not reasonable.

6. As the testimony of plaintiffs' witnesses, Attorney Cass and Dr. Olaya, are critical to the Court's determination of the pending Motion, they should not be allowed to testify remotely.

7. Rather, defendants should be able to cross examine Attorney Cass and Dr. Olaya in person as they had planned and pursuant to the Court's September 5, 2023 Order.

**CONCLUSION**

For the reasons stated herein, the defendants, Ware River Power, Inc. and Central Rivers Power MA, LLC, hereby jointly request that this Court **deny** plaintiffs' Motion to allow Dr. Olaya and Attorney Cass to appear remotely for the evidentiary hearing on December 20, 2023.

**Respectfully submitted,**

The Defendant,
**WARE RIVER POWER, INC.,**
By its attorneys,

*/s/ Alexandra R. Power*
______________________________

Alexandra R. Power, BBO: #646877
Ethan C. Ryder, BBO: #692291
Hamel Marcin Dunn Reardon & Shea, PC
350 Lincoln Street, Suite 1101
Hingham, Massachusetts 02043
Telephone: (617) 482-0007
Facsimile: (781) 385-7988
apower@hmdrslaw.com
eryder@hmdrslaw.com

The Defendant,
**CENTRAL RIVERS POWER MA, LLC,**
By its attorneys,

*/s/ Kathleen A. Federico*
______________________________

Gareth W. Notis, BBO: #637814
Kathleen A. Federico, BBO: #682722
MORRISON MAHONEY LLP
250 Summer Street
Boston, Massachusetts 02210
Telephone: (617) 439-7500
Facsimile: (617) 342-4821
gnotis@morrisonmahoney.com
kfederico@morrisonmahoney.com

Dated: December 13, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 13, 2023.

/s/ *Kathleen A. Federico*