UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CYNTHIA FAREED, et als
Plaintiffs,

v.

CENTRAL RIVERS POWER MA, LLC,
WARE RIVER POWER, INC., and
JOHN DOE #1,
Defendants.

C.A. NO. 3:20-CV-11053-MAP

**[PROPOSED] ORDER**

After hearing, and the Court being fully advised by the parties, the Court hereby orders as follows:

1. The minor settlements concerning Brayden Gallucci and Sophia Gallucci proposed by their parent and next friend, Plaintiff Jennifer Gallucci, and detailed in the Affidavit of Counsel in Support of Plaintiff Jennifer Gallucci's Motion for Approval of Minor Settlements filed under seal on March 21, 2025 ("Affidavit of Counsel"), are fair and reasonable and, in the circumstances, are in the best interests of each of the minor plaintiffs.

2. It is therefore, ORDERED that the Plaintiff Jennifer Gallucci, individually and as parent and next friend of Brayden Gallucci and Sophia Gallucci, do have and recover of and from Defendants the payments as set forth in the *Confidential Settlement Agreement and Release of All Claims* annexed as Exhibit 3 to the Affidavit of Counsel. A portion of the settlement will be paid as future periodic payments as set forth in the *Confidential Settlement Agreement and Release of All Claims*.

SO ORDERED:

_______________________________
Michael A. Ponsor, U.S.D.J.

Dated: April __, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2025, a true and accurate copy of the foregoing document was served via electronic mail upon the parties to their counsel of record as reflected in the Court's CM/ECF system.

*/s/ Michael D. Lurie*